Harmonized Acupuncture v MVAIC (2026 NY Slip Op 50215(U))

[*1]

Harmonized Acupuncture v MVAIC

2026 NY Slip Op 50215(U)

Decided on February 13, 2026

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 13, 2026
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, P.J., MARINA CORA MUNDY, LISA S. OTTLEY, JJ

2025-991 K C

Harmonized Acupuncture, as Assignee of Hopkins, Jadiah, Respondent, 
againstMVAIC, Appellant. 

Marshall & Marshall, PLLC (Angelique Evangelista and Frank D'Esposito of counsel), for appellant.

The Rybak Firm, PLLC (Richard F. Rozhik of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sandra E. Roper, J.), entered March 11, 2025. The order, insofar as appealed from and as limited by the brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) appeals, as limited by the brief, from so much of an order of the Civil Court (Sandra E. Roper, J.) as denied MVAIC's motion for summary judgment dismissing the complaint.
For the reasons stated in Harmonized Acupuncture, as Assignee of Hopkins, Jadiah v MVAIC (— Misc 3d —, 2026 NY Slip Op 
50211(U) [appeal No. 2025-984 K C], decided herewith), the order, insofar as appealed from, is reversed and defendant's motion for summary judgment dismissing the complaint is granted.
TOUSSAINT, P.J., MUNDY and OTTLEY, JJ., concur.
ENTER:Jennifer ChanChief ClerkDecision Date: February 13, 2026